VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

(Proposed) Attorney for Debtor-in-Possession
EMPIRE INVESTMENTS LLC dba EMPIRE
INVESTMENTS TEAM LLC;

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVSION

| | |
|---|---|
| In re:<br><br>EMPIRE INVESTMENTS LLC dba EMPIRE INVESTMENTS TEAM LLC;<br><br>Debtor-in-Possession. | Case No.: 22-50645 SLJ<br><br>Chapter 11<br><br>DECLARATION OF VINCE NGUYEN IN SUPPORT OF DEBTOR'S OPPOSITIONS TO MOVANT'S MOTION TO DISMISS; MOTION FOR RELIEF FROM STAY; AND MOTION FOR SEQUESTRATION<br><br>Date: September 6, 2022<br>Time: 2:00 p.m.<br>Place: Via Video or Teleconference<br>United States Bankruptcy Court<br>280 South First Street<br>Courtroom 9<br>San Jose, California 95113 |

My name is Vinh Nguyen a/k/a Vince Nguyen, I hereby declare as follows:

1. I am not a party to this bankruptcy but am the trustee of the Ha-Nguyen Living Trust, dated 12/11/2004, the original borrower of the disputed 2011 Note and Deed of Trust and am an assistant to the manager of Empire Investments in the management of the Subject Property such that I manage and retain the records for the Subject Property known as 12329 Kosich Place, Saratoga, CA 95070.

1

VINH "VINCE" NGUYEN DECLARATION IN SUPPORT OF DEBTOR'S OPPOSITION TO MOVANT'S MOTION TO DISMISS; MOTION
FO RELIEF FROM STAY; MOTION FOR SEQUESTRATION

2. I have personal knowledge of the facts stated herein, and if called to testify, I would, and could competently testify as I am declaring herein.

3. Empire Investments receives $9,000 per month in monthly rental payments.

4. These payments are used for maintenance and management of the Subject Property.

5. The monthly maintenance and management costs are as follows:

    a. Maintenance averages $6,000.00 annually, which is $500.00 per month.

    b. Gardening is $2,640.00 annually, which is $220.00 per month.

    c. Insurance is $1,995.00 annually, which is $166.50 per month.

    d. Property taxes are $22,355.16 annually which is $1,862.93 per month.

Under penalty of perjury of the laws of the United States of America, I declare that the foregoing is the truth, except that on items I mentioned "On information and belief," those are the best of my knowledge and/or my memory, and that this Declaration is executed in San Jose, on the date shown below.

DATE: August 23, 2022

                                                /s/ V. Nguyen
                                                VINH NGUYEN

NICHANI LAW FIRM
111 N. Market Street, Suite 300
San Jose, California 95113

2

VINH "VINCE" NGUYEN DECLARATION IN SUPPORT OF DEBTOR'S OPPOSITION TO MOVANT'S MOTION TO DISMISS; MOTION FO RELIEF FROM STAY; MOTION FOR SEQUESTRATION

Case: 22-50645    Doc# 49    Filed: 08/23/22    Entered: 08/23/22 22:18:03    Page 2 of 2