

The following constitutes the order of the Court.
Signed: September 22, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EMPIRE INVESTMENTS, LLC,<br><br>Debtor. | Case No.: 22-50645 SLJ<br>Chapter 11<br><br>Date: September 22, 2022<br>Time: 11:30 a.m.<br>Ctrm: Remote |

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE

Creditor Paul Nguyen's Motion to Dismiss Chapter 11 Case, or in the Alternative, Order to Turn Over Rent Cash Collateral ("Motion"), came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons orally stated on the record,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED and this case is DISMISSED.
2. The request for the alternative relief to turn over cash collateral is DENIED as moot.
3. The request for a 180-day bar to refiling is DENIED.

*** END OF ORDER***

**COURT SERVICE LIST**

Paul Nguyen
9353 Bolsa Ave #F8
Westminster, CA 92683


ECF Notifications

ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE
-2-