# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Empire Investments, LLC<br>dba Empire Investments Team, LLC<br>Debtor(s) | Case No.: 22−50645 SLJ 11<br>Chapter: 11 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 9/22/22 dismissing the above−captioned case effective 9/22/22.

Dated: 9/22/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 84