# Notice Recipients

District/Off: 0971−5      User: admin      Date Created: 9/22/2022

Case: 22−50645      Form ID: DOC      Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Not Assigned − SJ

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
aty      Trevor Ross Fehr      trevor.fehr@usdoj.gov
aty      Vinod Nichani      vinod@nichanilawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Empire Investments, LLC      1314 Lincoln Ave., Ste 2E      San Jose, CA 95125
cr      Paul Nguyen      9353 Bolsa Ave #F8      Westminster, CA 92683
intp      Steven Jackson      12329 Kosich Place      Saratoga, CA 95070
intp      Bank of NY Mellon as trustee      fka America's Wholesale Lender      450 E. Boundary Street      Chaplin, SC 29036
intp      Paul Nguyen      9353 Bolsa Ave #F8      Westminster, CA 92683
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101−7346
smg      State Board of Equalization      Attn: Special Procedures Section, MIC:55      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
smg      CA Franchise Tax Board      Attn: Special Procedures      P.O. Box 2952      Sacramento, CA 95812−2952
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101−7346
15424406      America's Wholesale Lender      450 E. Boundary Street      Chapin, SC 29036
15424407      Bank of New York Mellon as trustee for      America's Wholesale Lender      450 E. Boundary Street      Chapin, SC 29036
15424545      Bank of New York Mellon as trustee for      America's Wholesale Lender      450 E. Boundary Street      Chapin, SC 29036
15436934      Internal Revenue Service      Centralized Insolvency Operations      P.O. Box 7346      Philadelphia, PA 19101−7346
15432931      Internal Revenue Service      P.O. Box 7346      Philadelphia, PA 19101−7346
15424408      Josef Szigeti      Douglas Elliman Real Estate      12 Corporate Plaza, Suite 250      Newport Beach, CA 92660
15424409      Margarita F. Billings      Flagship Escrow      16101 Ventura Blvd., No.324      Encino, CA 91436
15424410      Parker Foreclosure Services      65 N Dos Caminos Avenue      Ventura, CA 93003
15426299      Paul K. Nguyen      9353 Bolsa Ave #F8      Westminster, 92683
15424411      Paul Nguyen      9353 Bolsa Ave #F8      Westminster, CA 92683
15424546      Paul Nguyen      9353 Bolsa Avenue #F8      Westminster, CA 92683
15424413      STOX Posting & Publishing      2701 Transit Road #139      Elma, NY 14059
15433208      Small Business Administration      P.O. Box 3918      Portland, OR 97208−3918
15424412      Steven Jackson      12329 Kosich Place      Saratoga, CA 95070

TOTAL: 24