# Notice Recipients

District/Off: 0971–5    User: admin    Date Created: 9/22/2022
Case: 22–50645    Form ID: pdfeoc    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| cr | Paul Nguyen | 9353 Bolsa Ave #F8 | Westminster, CA 92683 |
| intp | Paul Nguyen | 9353 Bolsa Ave #F8 | Westminster, CA 92683 |

TOTAL: 2