LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorneys for Debtor
SORRENTO PAVILION, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SORRENTO PAVILION, LLC<br><br>Debtor | Case No.: 09-60685-SLJ<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION TO BE RELIEVED AS COUNSEL FOR DEBTOR**<br><br>Date:     May 25, 2011<br>Time:    1:30 p.m.<br>Location: 280 South First Street<br>             San Jose, CA 95113-3099<br>Judge:   Hon. Johnson |

TO CAROL WU Chapter 7 Trustee, THE U.S. TRUSTEE, SORRENTO PAVILION, LLC DEBTOR, AND ALL CREDITORS:

PLEASE TAKE NOTICE that at the time and place set forth above, or as soon thereafter as the matter may be heard, The Fuller Law Firm, PC, attorney of record for debtors in the above referenced matter, shall appear in the courtroom referenced above and will move the Court for an order relieving The Fuller Law Firm, PC as counsel of record for debtors herein.

Said motion shall be based upon:

- this NOTICE OF MOTION TO BE RELIEVED AS COUNSEL FOR

1

NOTICE OF HEARING ON MOTION AND MOTION TO BE RELIEVED AS COUNSEL

DEBTORS ,

- the attached MOTION TO BE RELIEVED AS COUNSEL FOR DEBTORS,
- the attached DECLARATION OF SAM TAHERIAN IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR DEBTORS,
- and upon the documents on file with the court on this matter, and such other evidence as the Court may receive.

DATED: April 21, 2011             THE FULLER LAW FIRM, PC


By: /s/ SAM TAHERIAN
SAM TAHERIAN
Attorneys for Debtor